Date: 01/31/11

# DIVIDENDS REMITTED TO THE COURT

Check Number 1006 Dated 01/31/11
Case Number 08-40800 - SVENSSON, ERIC

# 19253
2-9-11
RE

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | 000004 | 86.66 | 0.17 |
| ---------- Remittance Total ---------- | | 86.66 | 0.17 |

TIMOTHY D. MORATZKA, Trustee

RECEIVED
11 FEB -9 AM 9:22
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Printed: 01/31/11 11:26 AM   Ver: 16.01c

COURT1